# HELPING YOU STAY IN YOUR HOME.

*You may be able to make your payments more affordable.*
**Act now to get the help you need!**

## LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement ("Agreement"), made this 14 day of May, 2010, between Lee M Hartwell ("Borrower") and CitiMortgage, Inc. ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), and Timely Payment Rewards Rider, if any, dated _____ and recorded in Book or Liber _____, at page(s) _____, of the _____ Records of (Name of Records) _____ and (2) the Note, bearing the same date as, and secured by, the (County and State, or other Jurisdiction) Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at 413 Spring Valley Road, Montgomery AL 36116, (Property Address) the real property described being set forth as follows:

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of 06/01/2010, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $99,907.40, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, as set forth in the payment schedule below. Interest will begin to accrue on the modified Loan as of 06/01/2010. If on 02/01/2034, (the "Maturity Date"), Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount* | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.000% | 06/01/2010 | $441.87 | $134.40 May adjust periodically | $576.27 May adjust periodically | 07/01/2010 | 60 |
| 6 | 3.000% | 06/01/2015 | $481.72 | $134.40 May adjust periodically | $616.12 May adjust periodically | 07/01/2015 | 12 |
| 7 | 4.000% | 06/01/2016 | $521.58 | $134.40 May adjust periodically | $655.98 May adjust periodically | 07/01/2016 | 12 |
| 8 | 5.000% | 06/01/2017 | $561.18 | $134.40 May adjust periodically | $695.58 May adjust periodically | 07/01/2017 | 12 |
| 9 - 40 | 5.000% | 06/01/2018 | $561.18 | $134.40 May adjust periodically | $695.58 May adjust periodically | 07/01/2018 | 188 |

687177

170080 HAMLOMOD1.1 2012

citi

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

    (b) all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

    (a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

    (b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

    (c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

    (d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

    (e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.





# IMPORTANT INFORMATION

May 14, 2010

Lee M Hartwell
413 Spring Valley Rd
Montgomery AL 36116-5418

RE: Property Address: 413 Spring Valley Road
Montgomery, AL 36116

Dear Lee M Hartwell,

Thank you for your interest in a mortgage modification. CitiMortgage appreciates the opportunity to review your mortgage and your concerns. We are disappointed that we cannot approve a mortgage modification under the government's Home Affordable Modification Program (HAMP) at this time.

However, based upon our review of your account you are eligible for the Alternative Modification offered by the investor that owns your loan. We have enclosed the Alternative Modification document for your review and execution. It is important to note that the Alternative Modification does **not** contain the annual borrower incentive that the HAMP Permanent Modification would have provided.

**Take advantage of your Modification and reduce your monthly payment.**

**Step 1:** Read The Modification Agreement.

**Step 2:** All borrowers on the mortgage must COMPLETE AND SIGN THE AGREEMENT AND HARDSHIP AFFIDAVIT as indicated or Citi will have the right to withdraw the offer of the guaranteed interest rate. Please sign documents only where your name appears on the signature line.

**Step 3:** RETURN THE AGREEMENT BY June 15, 2010 in the enclosed pre-paid overnight envelope.
Drop into any UPS drop box or deliver to any UPS store, authorized UPS outlet or a UPS driver.
Call UPS at 1-800-742-5877 for a location near your home.

We consider a number of factors in making credit decisions. In your case, we were unable to approve a HAMP loan modification of your mortgage terms because: **Request Incomplete.** We are unable to offer you a Home Affordable Modification because you did not provide us with the documents we requested. A notice that listed the specific documents we needed and the time frame required to provide them was sent to you more than 30 days ago.

Our decision was based in part upon information, not necessarily of a derogatory nature, from the consumer reporting agencies identified below. The reporting agencies played no part in our decision and are unable to provide the specific reasons for our decision. Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Under the Fair Credit Reporting Act and the Consumer Credit Reporting Agencies Act, you have the right to make a written request to any credit reporting agency identified below within 60 days of the receipt of this notice to obtain a free copy of your report if eligible:

Experian, 701 Experian Parkway, P.O. Box 2002. Allen, TX 75013 (888) 397-3742 Toll-Free
Equifax Mortgage Services, 6 East Clementon Rd. Ste A2. Gibbsboro, NJ 08026 (800) 333-0037 Toll-Free
TransUnion - Consumer Relations, 2 Baldwin Place, P.O. Box 1000. Chester, PA 19022 (800) 916-8800 Toll-Free

As a valued customer, we encourage you to take advantage of FREE credit counseling services that can provide a plan for a debt-free future. Call a credit counseling service in your area or (866) 889-9347 today! If you have any questions regarding this letter, you should contact us at: CitiMortgage, Inc., 4050 Regent Blvd., Irving, TX 75063.

You may seek assistance at no charge from HUD-approved housing counselors and may request assistance in understanding this letter by asking for MHA HELP at the HOPE Hotline Number (888) 995-HOPE.

Other foreclosure alternatives may be eligible for you, including but not limited to other modification programs, short sale and/or deed in lieu, deed for lease or forbearance. We appreciate your business and encourage you to contact us to discuss if other foreclosure alternatives are available. If you have questions regarding this letter please call (866) 272-4749. Hours of operation:
Monday through Friday 8:00 AM - 12:00 AM ET
Saturday and Sunday 8:00 AM - 8:00 PM ET

Sincerely,

CitiMortgage, Inc.

NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Avenue - Suite 3450, Houston TX 77010.

* CitiMortgage does not endorse any specific credit counseling agency and are providing this number as a courtesy to our customers. Consumer Credit Counseling Services is not affiliated with CitiMortgage.

If an attorney represents you, please refer this letter to such attorney and provide us with such attorney's name, address and telephone number.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.

- Making Home Affordable Program
- Hardship Affidavit


MAKING HOME AFFORDABLE

| HARDSHIP AFFIDAVIT page 1 | COMPLETE ALL TWO PAGES OF THIS FORM |
|---|---|
| ▶ Loan I.D. Number ▓▓▓▓▓▓▓▓ | ▶ Servicer CitiMortgage, Inc. |

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| Borrower's name: Lee M Hartwell | | Co-borrower's name | |
| Social Security number ▓▓▓▓▓ | Date of birth 03/27/1964 | Social Security number | Date of birth |

Property address (include city, state and zip):
413 Spring Valley Road   Montgomery, AL 36116

| I want to: | ☑ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| The property is my: | ☑ Primary Residence | ☐ Second Home | ☐ Investment Property |
| The property is: | ☑ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |

### HARDSHIP AFFIDAVIT

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| ☑ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
|---|---|
| ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |

☐ Other:

Explanation (continue on back of page 2 if necessary): _____

Have you filed for bankruptcy? ☐ Yes ☑ No   If yes: ☐ Chapter 7 ☐ Chapter 13   Filing Date: _____
Has your bankruptcy been discharged? ☐ Yes ☐ No   Bankruptcy case number _____

### INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☑ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☑ Male | Sex: | ☐ Female<br>☐ Male |

| This request was taken by: | Interviewer's Name (print or type) & ID Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Signature           Date | |
| | Interviewer's Phone Number (include area code) | |

### ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements, may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.
3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.
5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.
6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.
8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.
9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

▶ _____[signature]_____      6/10/10
Borrower Signature     Date

▶ _____      _____
Co-Borrower Signature     Date

### HOMEOWNER'S HOTLINE

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*


888-995-HOPE™
Homeowner's HOPE™ Hotline

### NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

## LOAN WORKOUT PLAN

In Witness Whereof, the Lender and I have executed this Plan.

CitiMortgage, Inc.
Lender

By _James Lumpkin_

Date

Borrower  _[signature]_

Borrower

Date  06 / 10 / 2010





RLPY 03580 PAGE 0872

Date: JUNE 15, 2007

Property Address: 413 SPRING VALLEY ROAD, MONTGOMERY, ALABAMA 36116

## EXHIBIT "A"

### LEGAL DESCRIPTION

Lot 3, Block 18, according tot he Map of Spring Valley Plat No. 7, as Map of same appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 23, at page 46.

_____   6/15/07   _____
Lee M. Hartwell                              Tomeka C. Hartwell

A.P.N. # : ▮▮▮▮▮▮▮▮▮▮

STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
RLPY 03580 PG 0859-0872 2007 Jun 21
12:30PM
REESE MCKINNEY JR.
JUDGE OF PROBATE

DocMagic eDeruxe 800-649-1362
www.docmagic.com

| | |
|---|---|
| INDEX | $6.00 |
| REC FEE | $35.00 |
| CERT | $1.00 |
| MORTGAGE TAX | $149.85 |
| CHECK TOTAL | $190.85 |
| 53352 | Clerk: NANCY 12:34PM |