# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:  CASE NO. 17-31221
Lee Marvin Hartwell

Debtor,  CHAPTER 13

## MOTION TO MODIFY MORTGAGE WITH A REFINANCING OF EXISTING LOAN

**COMES NOW**, the Debtor, Lee Marvin Hartwell, by and through undersigned counsel, and moves the Court for permission to modify mortgage. The debt will be modified by debtor and will refinance his existing loan:

1. Debtor filed a petition for relief under Title 11, Chapter 13 of the United States Bankruptcy Code on April 28, 2017.

2. Debtor presently has a first mortgage on his home located at 413 Spring Valley Rd, Montgomery, AL.

3. Debtor desires to refinance his mortgage on the home to pay off the existing loan.

4. The repayment of the proposed loan is as follows (see attached application Exhibit A):

    Creditor: Paramount Equity Mortgage
    Total Amount of New Loan: $89,700.00
    Interest Rate: 4.75%
    Repayment terms: $601.42 for 360 months fixed rate Conventional Loan

5. There will a cash-out to the debtor in the amount of $189.29.

6. Debtor's Chapter 13 plan provides for a State of Alabama tax lien, and a 1999 Chevrolet Tahoe with Title Max paid pro rata, cures a default to Nationstar Mortgage, and zero percent to the dividend to unsecured creditors.

7. Debtor seeks permission from this Honorable Court to refinance the mortgage to Paramount Equity Mortgage.

**WHEREFORE,** Debtor, Lee Marvin Hartwell, prays that this Honorable Court will enter an order authorizing the Debtor to refinance his mortgage, and Debtor prays for such other and further relief as is just.

Dated: November 27, 2017          /s/ Lee Marvin Hartwell
                                  Lee Marvin Hartwell, Debtor


Respectfully submitted:

/s/ Charles E. Grainger, Jr.
Charles E. Grainger, Jr.
AL Bar Roll No. 6564-G26C
*Attorney for Debtor*

Of Counsel:

GRAINGER LEGAL SERVICES, LLC
4220 Carmichael Court North
Montgomery, AL 36106
(334) 260-0500

## CERTIFICATE OF SERVICE

I herby certify that I have served a copy of the foregoing Motion for Permission to Refinance Home with Paramount Equity upon Sabrina L. McKinney, Chapter 13 Trustee, by CM/ECF filing, on this 27th day of November, 2017.

Paramount Equity Mortgage
Attn: Nelson Thompson
6600 Peachtree Dunwoody Rd.
400 Embassy Row
Suite 400
Atlanta, GA 30328

Nationstar Mortgage/Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741

Sirote and Permutt, P.C.
P.O. Box 55887
Birmingham, AL 35255

Lee Marvin Hartwell
413 Spring Valley RD
Montgomery, AL 36116

                                  /s/ Charles E. Grainger, Jr.
                                  Charles E. Grainger, Jr.

|  |  |  |  |
|---|---|---|---|
| **Submission Date** | 5634386<br>11/20/2017 09:23AM | **Submitted By** | 1354248841<br>p3x14p2p |

### PROPERTY INFORMATION

| | |
|---|---|
| Property Address | 413 Spring Valley Rd<br>Montgomery, AL<br>36116 |
| Number of Units | 1 |
| Occupancy Status | Primary Residence |
| Property Type | Detached |

### MORTGAGE INFORMATION

| | | | |
|---|---|---|---|
| Loan Type | Conventional | LTV/CLTV/HCLTV | 75.00% / 75.00% / 75.00% |
| Amortization Type | Fixed Rate | Loan Amount | $89700.00 |
| Balloon | No | Financed MI Amount | $0.00 |
| Community Lending | No | Total Loan Amount | $89700.00 |
| Payment Frequency | Monthly | Sales Price | $0.00 |
| Lien Type | First Mortgage | Actual/Estimated Appraised Value | $120000.00 |
| Amt. Subordinate Fin. | $0.00 | P&I | $467.92 |
| Loan Purpose | Refinance | Note Rate | 4.750% |
| Refi Purpose | Limited Cash-Out | Qualifying Rate | 4.750% |
| Owner Existing Mtg. | | Bought Down Rate | 0.00% |
| Buydown | No | Term (Months) | 360 |

### INCOME

| | |
|---|---|
| Base | $2205.40 |
| Commission | $0.00 |
| Bonus | $0.00 |
| Overtime | $0.00 |
| Other | $781.21 |
| Positive Net Rental | $0.00 |
| Subj. Pos. Cash Flow | $0.00 |
| Total | $2986.61 |

### QUALIFYING RATIOS

| | |
|---|---|
| Housing Expense | 20.14% |
| Debt-to-Income | 38.35% |

### EXPENSE RATIOS

| | |
|---|---|
| Including ≤ 10 Mos. | 38.35% |
| With Undisclosed Debt | 39.19% |

### PROPOSED MONTHLY PAYMENT

| | | | |
|---|---|---|---|
| First P&I (Qualifying) | $467.92 | Negative Net Rental | $0.00 |
| Second P&I | $0.00 | Subj. Neg. Cash Flow | $0.00 |
| Hazard Insurance | $90.17 | All Other Payments | $544.00 |
| Taxes | $28.38 | Total Expense Payment | $1145.42 |
| Mortgage Insurance | $14.95 | | |
| HOA Fees | $0.00 | Present/Principal Housing Payment | $1220.83 |
| Other | $0.00 | | |
| Total Housing Payment | $601.42 | | |

### FUNDS

| | | | |
|---|---|---|---|
| Total Available Assets | $0.00 | Cash Back | $189.29 |
| | $0.00 | Net Cash Back | $189.29 |

EXHIBIT A

| | | | |
|---|---|---|---|
| Funds Required to Close | | | |
| Reserves Required to be Verified | $0.00 | Excess Available Assets, not required to be verified by DU | $0.00 |
| Total Funds to be Verified | $0.00 | | |

**The DU Refi Plus recommendation for this case is: Approve/Eligible**

Copyright (c) 1994-2017 Fannie Mae