# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:                                                Case No. 17-31221

    LEE MARVIN HARTWELL

Debtors

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sabrina L. McKinney, chapter 13 trustee, submits the following Final Report and Account the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follow

1) The case was filed on 04/28/2017.

2) The plan was confirmed on 07/24/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan o NA.

5) The case was converted on 08/06/2018.

6) Number of months from filing to last payment: 14.00.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $25,283.20.

10) Amount of unsecured claims discharged without payment: $0.00.

**UST Form 101-13-FR-S (4/1/2009)**

| | |
|---|---:|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $6,767.00 |
| Less amount refunded to debtor | $110.00 |
| **NET RECEIPTS:** | **$6,657.00** |

| | |
|---|---:|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $260.00 |
| Trustee Expenses & Compensation | $374.23 |
| Other | $5.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,639.23** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMSHER COLLECTION SERVICES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| AMSHER COLLECTION SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BANK | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BANK | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 5,097.71 | 5,097.71 | 0.00 | 0.00 |
| CASH CENTRAL | Unsecured | 352.50 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 3,450.34 | NA | NA | 0.00 | 0.00 |
| CERASTES, LLC | Unsecured | 575.37 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 116.84 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 168.49 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,122.79 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS/CONVERGENT OUTS | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| MARY BOWDEN | Unsecured | 3,036.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 4,678.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL VII LLC | Unsecured | 635.69 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 154.00 | 252.00 | 252.00 | 0.00 | 0.00 |
| REPUBLIC FINANCE | Unsecured | 1,093.00 | NA | NA | 0.00 | 0.00 |
| RISE CREDIT | Unsecured | 2,284.00 | NA | NA | 0.00 | 0.00 |
| STATE OF ALABAMA | Secured | 1,368.38 | 1,368.38 | 1,368.38 | 1,319.27 | 44.94 |
| TITLE MAX OF ALABAMA | Unsecured | NA | 0.00 | 412.33 | 0.00 | 0.00 |
| TITLE MAX OF ALABAMA | Secured | 2,063.33 | 2,063.33 | 1,651.00 | 1,599.48 | 54.08 |
| US BANK TRUST NA | Secured | 92,021.00 | 99,029.98 | 99,029.98 | 0.00 | 0.00 |
| US BANK TRUST NA | Secured | 22,556.36 | 22,556.36 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $99,029.98 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,019.38 | $2,918.75 | $99.02 |
| **TOTAL SECURED:** | **$102,049.36** | **$2,918.75** | **$99.02** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,762.04** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,639.23 |
| Disbursements to Creditors | $3,017.77 |
| **TOTAL DISBURSEMENTS :** | **$6,657.00** |

11) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/09/2018  By: /s/ Sabrina L. McKinney

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: 13Trustee@ch13mdal.com

Chapter 13 Standing Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**